**Not for Publication in West's Federal Reporter**

# United States Court of Appeals

## For the First Circuit

No. 07-2494

GERALD BRYAN DUGGAN,

Plaintiff, Appellant,

v.

U.S. SECURITIES AND EXCHANGE COMMISSION,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Reginald C. Lindsay, U.S. District Judge]

Before

Lynch, Circuit Judge,
Selya, Senior Circuit Judge,
and Howard, Circuit Judge.

Gerald Bryan Duggan on brief pro se.
Kevin D. Solonsky, Senior Counsel, Brian G. Cartwright, General Counsel, Melinda Hardy, Assistant General Counsel, on brief for appellee.

May 15, 2008

**Per Curiam**.  After carefully considering the record and briefs on appeal, we affirm for substantially the reasons developed in the district court.

The Securities and Exchange Commission made an adequate showing at summary judgment that it had conducted a search that was reasonably calculated to disclose requested documents.  Gillin v. IRS, 980 F.2d 819 (1st Cir. 1992); Maynard v. CIA, 986 F.2d 547 (1st Cir. 1993). The appellant could not rely upon mere innuendo and speculation to overcome that showing. Medina-Munoz v. R. J. Reynolds Tobacco Co., 896 F.2d 5 (1st Cir. 1990). *See also* Davila v. Corporacion De P.R. Para la Defusion Publica, 498 F.3d 9 (1st Cir. 2007).  Finally, the appellant made no showing that the district court abused its broad discretion in ruling on his discovery motions.  Ayala-Gerena v. Bristol Myers-Squibb Co., 95 F.3d 86 (1st Cir. 1996).

Affirmed. 1st Cir. Loc. R. 27.0(c).